IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES A. CULMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1266 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
AND AWARDING FEES**

This court has reviewed the May 30, 2019, Memorandum and Recommendation of United States Magistrate Judge Christina Bryan on James Culmer's motion for attorney's fees. No objections were filed. This court has made a *de novo* determination based on the motion, the record, and the applicable law, and adopts the Memorandum and Recommendation as this court's Memorandum and Order. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).

This court finds and concludes that Culmer's requested attorney's fees must be adjusted to the 2018 Consumer Price Index rate of $199.58 for the Houston area; they must be reduced by 3 hours for clerical tasks, such as diary filing, calendering, and going to the post office; and they must be reduced by another 1.25 hours for excessive time for calendaring and reviewing one-page orders. Culmer's motion for attorney's fees is otherwise granted. (Docket Entry No. 15). Culmer is entitled to $6,586.14 in reasonable attorney's fees.

SIGNED on June 19, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge